UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RASHEDA S. BAILEY,<br><br>            Plaintiff,<br><br>v.<br><br>DESERT AUTO TRADER, LLC,<br><br>            Defendants. | Case No. 2:12-cv-02096-APG-NJK<br><br>**ORDER DISMISSING CASE**<br><br>**(Dkt. #26)** |

On March 19, 2014, Defendant moved to dismiss this case, alleging that Plaintiff's claims are barred by res judicata. (Dkt. #26 at 3:24-26.) This Court entered a minute order under *Klingele v. Eikenberry* and *Rand v. Rowland* that calculated the response deadline to be April 5, 2014. (Dkt. #27.) To date, no Opposition has been filed.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Despite that rule, the Court has reviewed Defendant's Motion, and finds that it is correct on the merits. Good cause appearing,

**IT IS HEREBY ORDERED** Defendant's Motion to Dismiss [Dkt. #26] is GRANTED, and this case is dismissed.

Dated: April 29, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE